IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50304
Summary Calendar
_____

RANDELL J. REDMOND,

                                        Plaintiff-Appellant,

versus

D.J. BRZOZOWSKI, Sheriff, Individually
and in his Official Capacity; GONZALES
COUNTY COMMISSIONER'S COURT; BRIGGS, Officer,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CA-342-RBO
--------------------

November 5, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Randell Redmond ("Redmond"), Texas state prisoner #727110, filed a pro se lawsuit, pursuant to 42 U.S.C. § 1983, alleging that Sheriff Donald Brzozowski, the Gonzalez County Commissioner's Court, and Officer Ken Briggs violated his constitutional rights under the Eighth and Fourteenth Amendments. The parties consented to proceed before the magistrate judge for all purposes. The magistrate judge granted the defendants' motions for summary judgment and dismissed Redmond's claims with

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e).  We have reviewed the briefs and the record and conclude that granting summary judgment in favor of the appellees was correct for essentially the same reasons set forth by the magistrate judge in his comprehensive opinion.  See Redmond v. Brzozowski, No. SA-96-CA-342-RBO (W.D. Tex. Mar. 11, 1998).

AFFIRMED.